FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

January 14, 2022

No. 04-21-00504-CV

**IN THE INTEREST OF A.J.A AND C.J.A. II, CHILDREN**

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2020PA00957
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

This is an accelerated appeal of the trial court's order terminating appellant's parental rights. Appellant's brief was originally due to be filed on December 27, 2021. On January 13, 2022, appellant filed a motion requesting an extension of time to file her brief.

The disposition of this appeal is governed by the standards set forth in rule 6.2 of the Texas Rules of Judicial Administration. TEX. R. JUD. ADMIN. 6.2. Accordingly, this appeal is required to be brought to final disposition within 180 days of the date the notice of appeal was filed. *Id.*

Appellant's motion is GRANTED. It is ORDERED that appellant's brief must be filed no later than January 21, 2022. Given the time constraints governing the disposition of this appeal, we will not entertain any further request for extension of time.

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of January, 2022.



_____
MICHAEL A. CRUZ, Clerk of Court